### WALDRIP, warden, *v.* SLAGLE.

HINES, J. The bill of exceptions in this case recites that upon the hearing in the court below certain oral and documentary evidence was introduced by the parties, and that a true and correct brief of said evidence is attached to and made a part of the bill of exceptions as exhibit A thereto. This exhibit follows the certificate to the bill of exceptions, and is not identified by the signature of the judge; and this was not a correct mode of bringing the evidence to this court. *Colquitt* v. *Solomon,* 61 *Ga.* 492; *Roberts* v. *Cairo,* 133 *Ga.* 642 (66 S. E. 938); *Rushing* v. *DeLoach,* 149 *Ga.* 483 (100 S. E. 571). Where the bill of exceptions shows on its face that the evidence material to a consideration of the errors assigned is not before this court in such a manner that it can be considered, and the questions raised by the assignments of error necessarily involve a consideration of the evidence, this court can not adjudicate that any error was committed, or that there should be a judgment of reversal. *Roberts* v. *Cairo,* supra; *Caldwell* v. *Sturdivant,* 155 *Ga.* 590 (118 S. E. 39).

                 *Judgment affirmed. All the Justices concur.*

                No. 5128. DECEMBER 19, 1925.

---

Appeal and Error 4 C. J. pp. 416, n. 86; 532, n. 90.

Habeas corpus. Before Judge J. B. Jones. Hall superior court. September 19, 1925.

*C. C. Pittman,* for plaintiffs in error.

*J. M. Lang,* contra.